**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

Kisha Russell Green

<u>Debtor</u>

S. Gregory, as Chapter 7
truste for the Estate of Kisha Russell Green

<u>Plaintiff</u>

v.

Alice Weatherspoon

<u>Defendants</u>

Case No.: 23-58088-BEM

Chapter: 7th

Adv. Proc. No.: 26-05016

2026 MAR 24, PM 2:23
VANIA S. ALLEN
CLERK
BY: [signature]

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

Answer the Complaint

Comes Now, Alice Weatherspoon, would like (Defendant) to inform the court that Kisha Russell Green, (Debtor) have never been living in the home at 2000 Summer Gate Court, Marietta, GA 30060. Also, I would like to respone to (Number 14) and (15 Number), that this is false information. I haven't spoke to the (Debtor) Kisha Russell Green, since September 20nd, 2023; when she came to my house with her uncle about the bankrupty 7th, when she had file.

Also, there is a pending case in Cobb for this same matter which is fraud. Case number in Superior Court of Cobb County state of Georgia. that was file on March 20, 2024.

Also, I would like to file evidence for the fraudulent Case in Cobb, County which is still Pending in Cobb County Superior Court for fraudulent, which is a Quick claim deed that was also fraudulent.

Dated: 3-24-2026

Signature: Alice Weatherspoon

Printed Name: Alice Weatherspoon

Address: 2000 Summer Gate Court SW
Marietta, GA
30060

Phone:

BK: 15129 PG: 5166-5167
Filed and Recorded Nov-14-2013 03:03:32PM
#002 D2013-115319
Real Estate Transfer Tax $0.00
0332013029754

*This instrument was prepared by and
should be returned after recording to:*

Theodore A. Erck, LLC
945 East Paces Ferry Road
Suite 2220, Resurgens Plaza
Atlanta, Georgia 30326-1376
(404) 233-8008

REBECCA KEATON
CLERK OF SUPERIOR COURT Cobb Cty. GA.

# QUIT-CLAIM DEED

THIS QUIT-CLAIM DEED is made this ___7___ day of _November_ , A.D. 2013, by **ELIJAH JONES, SR.**, a resident of Cobb County, Georgia, as party of the first part (hereinafter referred to as "**Grantor**"), to **ELIJAH JONES, SR., KISHA RUSSELL GREEN**, and **KENYATTA JONES-ERVIN**, as joint tenants with right of survivorship (and not as tenants in common), as party of the second part (hereinafter referred to collectively as "**Grantee**") (the words "**Grantor**" and "**Grantee**" to include their respective heirs, successors and assigns where the context requires or permits).

## WITNESSETH:

That Grantor, for and in consideration of the sum of ten dollars ($10.00), in hand paid by Grantee, the receipt whereof is hereby acknowledged, and other good and valuable consideration, does hereby remise, release, and quit-claim unto Grantee forever, all the right, title, interest, claim, and demand which Grantor has in and to the following described lot, tract, or parcel of land, situate, lying, and being in the County of Cobb, State of Georgia, known as 2000 Summer Gate Court, Marietta, Georgia 30060-7875, to-wit:

ALL THAT TRACT or parcel of land lying and being in Land Lot 156, of the 17th District, 2nd Section, Cobb County, Georgia, being Lot 107, Summer Lake, Phase II, as per plat recorded in Plat Book 145, Pages 94 and 95, Cobb County records, which plat is incorporated herein and made a part hereof by reference.

BEING the same property conveyed to Grantor by Quit-Claim Deed, dated February 8, 1994, and recorded on February 15, 1994 in Deed Book 8052, Page 0106, Cobb County records.

THIS CONVEYANCE is made subject to ad valorem taxes for the year, and all easements, encumbrances, and other matters of record, if any.

TO HAVE AND TO HOLD the said property, together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity, and claim whatsoever of Grantor, either in law or equity, to the only proper use, benefit, and behoof of Grantee forever.

BK: 15120 PG: 5167
REBECCA KEATON
CLERK OF SUPERIOR COURT Cobb Cty. GA.

**IN WITNESS WHEREOF**, Grantor has signed and sealed these presents the day and year above written.

STATE OF GEORGIA
COUNTY OF ____GOBB____

Signed, sealed, and delivered in presence of:

_____
Unofficial Witness

_____
Notary Public

[NOTARY SEAL]

My commission expires: ____July 14, 2015____

_____ [L.S.]
**ELIJAH JONES, SR.**

N.P.
SEAL

WATSON RAPHAEL RAWLISON
NOTARY PUBLIC
Cobb County · State of Georgia
My Comm. Expires July 14, 2015

C .Work Word Clients.3407 Quit-Claim Deed

DocuSign Envelope ID: 597495B9-572F-4C01-B7DE-D5D07B2E0A83

*[handwritten in margin: Wednesday 04/17/2024 From Sheriff Papers Served On 04/17/2024 Wednesday To Dr Russell and Kiesha]*

## IN THE SUPERIOR COURT OF COBB COUNTY
### STATE OF GEORGIA

ELIJAH JONES Sr.                    )
      Plaintiff,              )
                        )
                        )
v.                                  )
                        ) CAN:
                        )
MAE ELLA RUSSELL and                )
KISHA RUSSELL GREEN and             )
KENYATTA ERWIN JONES                )
      Defendants.             )

### COMPLAINT TO SET ASIDE FRAUDULENT CONVEYANCE and FOR AN ACCOUNTING

COMES NOW, ELIJAH JONES Sr., Plaintiff in the above referenced matter (hereinafter "Plaintiff"), by and through the undersigned counsel, and state his claim against MAE ELLA RUSSELL, KENYATTA ERWIN JONES and KISHA RUSSEL GREEN, Defendants, (hereinafter "Defendants"), and shows this Honorable court the following:

1.

The Plaintiff is a resident and citizen of the State of Georgia.

2.

The Defendant, Mae Ella Russell, is a resident of the State of Georgia, Cobb County, who can be served at 1024 Huntington Trace SE, Smyrna, Georgia 30082. Defendant, Mae Ella Russell has been a resident of the State of Georgia, Cobb County for a continuous period of more than six months preceding the date of filing this Complaint.

3.

The Defendant, Kisha Russell Green, is a resident of the State of Georgia, Cobb County, who can be served at 1024 Huntington Trace SE, Smyrna, Georgia 30082. Defendant, Kisha

Elijah Jones Sr. v. Mae Russell, Kisha Green and Kenyatta Jones
The Cobb County Superior Court
Complaint to Set Aside a Fraudulent Conveyance and for an Accounting

1

DocuSign Envelope ID: 597495B9-572F-4C01-B7DE-D5D07B250A83

Russell Green has been a resident of the State of Georgia, Cobb County for a continuous period of more than six months preceding the date of filing this Complainy.

4.

The Defendant, Kenyatta Erwin Jones, is a resident of the State of Georgia, who address is unknown to the Plaintiff at this time. Plaintiff reserves to amend his Complaint when the address is disclosed.

5.

On or about November 7, 2013, Defendants fraudulently made a deed of conveyance of a lot of land containing the residence of ELIJAH JONES Sr., 2000 Summer Gate Court, Marietta, GA 30060, as the deed now appears of record in Deed Book 15120, Pages 5166 through 5167 of Cobb County, Georgia records. A true copy of which deed is herewith annexed as Exhibit A to this complaint.

6.

The deed recites that nominal consideration of $10.00 and other good and valuable consideration passed to Elijah Jones Sr.

7.

The transfer tax form filed contemporaneously with the deed, Exhibit A, recites that no transfer tax was paid because the transaction was exempt as a "Deed of Gift." A true copy of which tax form is herewith annexed as Exhibit B to this complaint.

8.

At the time of such transfer, Defendant Mae Ella Russell, the biological daughter of Elijah Jones Sr., held General Power of Attorney of Elijah Jones Sr. affairs. A copy of such General Power of Attorney is to be demanded during discovery.

Elijah Jones Sr. v. Mae Russell, Kisha Green and Kenyatta Jones
The Cobb County Superior Court
Complaint to Set Aside a Fraudulent Conveyance and for an Accounting

2

DocuSign Envelope ID: 597495B9-572F-4C01-B7DE-D5D07B2E0A83

9.

Elijah Jones Sr. owned the subject property since the year of 1994.

10.

At the time of such transfer, Elijah Jones Sr., was over the age of 65.

11.

Said conveyance was wholly voluntary, without consideration and is merely colorable.

12.

Elijah Jones Sr. believes that the conveyance was contrived and made to defraud him and his estate as he had no appreciable property except his residence.

13.

At the time the pretended deed was made, Elijah Jones Sr., was unable to read and articulate the circumstances and relied on Defendant Mae Ella Russell who failed to explain the nature of the documents being signed.

14.

The documents were notarized outside of Plaintiff's presence.

15.

The Defendants exploited and misused Elijah Jones Sr.'s only asset for their own personal gain.

16.

Elijah Jones Sr. was put on notice that his property was deeded to Defendants Kisha Russell Green and Kenyatta Erwin Jones, at the time Defendant Kisha Russell Green filed for Chapter 13 Bankruptcy in 2023.

Elijah Jones Sr. v. Mae Russell, Kisha Green and Kenyatta Jones
The Cobb County Superior Court
Complaint to Set Aside a Fraudulent Conveyance and for an Accounting

3

DocuSign Envelope ID: 597495B9-572F-4C01-B7DE-D5D07B2E0A83

17.

The Defendants, collectively, committed an act of elderly abuse.

18.

At the time of the pretended deed, Defendant Mae Ella Russell, acted in violation of O.C.G.A. §§10-6B-14 and 10-6B-40 and her fiduciary duty as an agent.

19.

Elijah Jones Sr., request an Order to revoke his Power of Attorney and any other form of giving power of his affairs to Defendant, Mae Ella Russell.

## COUNT III

## ACTION FOR ACCOUNTING

20.

Plaintiff reassert and reallege each and every allegation contained in paragraph 1 through 19 of this Complaint with the same force and effect as if fully set forth herein.

21.

Based on the foregoing, Elijah Jones Sr., respectfully request that the Court order Defendant, Mae Ella Russell, to provide a detailed and complete accounting of her financial transactions for the period in which she became Power of Attorney to present and as to their business dealings and relationship with Elijah Jones Sr.

22.

Defendants has acted in bad faith, been stubbornly litigious and caused Plaintiff unnecessary expense and delay thereby entitling the Plaintiff to an award of reasonable attorney fees pursuant to O.C.G.A. §13-6-11.

**WHEREFORE**, the Plaintiff, Elijah Jones Sr., respectfully prays for the following:

Elijah Jones Sr. v. Mae Russell, Kisha Green and Kenyatta Jones
The Cobb County Superior Court
Complaint to Set Aside a Fraudulent Conveyance and for an Accounting

4

DocuSign Envelope ID: 597495B9-572F-4C01-B7DE-D5D07B2E0A83

a)  That process issue and the Defendants are served with a copy of this Complaint as provided by law; and

b)  That the Court declare that the pretended deed from Elijah Jones Sr., recorded in Deed Book 15120, Pages 5166 through 5167 of Cobb County, Georgia records, is fraudulent and void; and

c)  A Rule Nisi be issued for the Defendants to appear and show why such relief should not be granted; and

d)  Order Defendant Mae Ella Russell, to provide a detailed and complete accounting of her financial transactions for the period in which she was granted Power of Attorney to present; and

e)  Award Plaintiff his expenses of litigation pursuant to O.C.G.A. §13-6-11; and

f)  That the Court grant such other and further relief as it deems in the interest of justice.

Respectfully submitted, this 20th day of March 2024.

/S/Christopher Coleman

_____

Christopher Coleman
Georgia Bar Number 607619
Attorney for the Plaintiff

**The Pacific & Southern Law Group**
**Christopher Coleman, Esq.**
P.O. Box 965161
2886 Sandy Plains Road
Marietta, Ga. 30066
chris@pacificlaw.net

Elijah Jones Sr. v. Mae Russell, Kisha Green and Kenyatta Jones
The Cobb County Superior Court
Complaint to Set Aside a Fraudulent Conveyance and for an Accounting

5

*Proff of Payment on House*


**PNC BANK**

| | |
|---|---|
| ACCOUNT ENDING | 3570 |
| DATE | MAY 02, 2025 |
| PAGE 1 of 1 | |

RLASPY02


Alice Weatherspoon Jones
2000 summer gate ct sw
marietta, GA 30060

 **A one-time electronic payment was processed at your request.**

**Here's what happened:**
You authorized PNC Bank to debit your checking or savings account on May 01, 2025 to make a payment to the PNC account ending in 3570.

**Here are the details of your payment:**
**Payment Amount:** $1,123.24
**Payment Date:** May 01, 2025
**Checking or Savings Account Number:** 7701
**Bank Routing Number:** 061000052
**PNC Confirmation Number:** 1146116616

**Here's what you can expect:**
The electronic debit to your checking or savings account will occur on or after the Payment Date. Your one-time payment will be effective on the Payment Date. Payments made after 08:00 PM ET will be applied as of the next business day. Please keep this notice with your records as documentation of this payment.

If you have questions about your payment or if you want to submit a request to cancel your payment, you may call us at 888-PNC-BANK. Your request to cancel a payment must be received by 08:00 PM ET on the Payment Date.

If your financial institution is unable to process the electronic debit (or if PNC Bank did not electronically debit your account), you have authorized PNC Bank to obtain payment with a check payable to PNC Bank that is drawn on your bank account, unless prohibited by law.

If your payment is returned, you may be charged a fee(s). For information on fees and how they will be assessed, please refer to your account agreement, loan documents, and/or rate and fee schedule.

**Here's how you can reach us if you have questions or need assistance:**
We're here to help. If you have questions or need assistance, please call us at 888-PNC-BANK.



©2025 The PNC Financial Services Group, Inc. All rights reserved. PNC Bank, National Association. **Member FDIC**   RLASPY02-1020

00013795.000550.001.001.1000

Alice Weathspoon
2000 Summer Gate Court
Marietta, GA
30060
404-254-7507
3-24-2026

To: Michael J. Bargar

My name is Mrs. Alice Weathspoon, I have received a letter from you, for your client Kisha Russell Green. I would like to speak to you about this matter. My contact number is 404-254-7507. You have received false information that was said that I, said that is not true.

Thank You,
Mrs. Alice Weathspoon

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE:

Kisha Russell Green

                    Debtor(s)

)   Case No: 23-58088-BEM
)             26-05016
)   Chapter 7th
)
)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 24th day of March ; 2026, I served a copy of

_____

which was filed in this bankruptcy matter on the 24th day of March , 20 26

Mode of service (check one):        ● MAILED            ○ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Michael J. Bargar (Attorney)      Kisha Russell Green (Debtor)
Century Plaza I                   1024 Huntington, Trace St
2987 Clairmont Road, Suite 350    Smyrna, GA 30082
Atlanta, GA 30329

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated:                            Signature: Alice Weatherspoon

3/24/2026                         Printed Name: Alice Weatherspoon

                                  Address:
                                  2000 Summer Gate Court SW
                                  Marietta, GA 30060

                                  Phone: 404-254-7507

(Generic Certificate of Service – Revised 4/13)